UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHRISTOPHER EWING,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.; and
DOE 1-5,

    Defendants.

Civil Action No. 3:13-cv-00367

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Christopher Ewing and defendant Accounts Receivable Management, Inc. have reached a settlement in the above-captioned case. The plaintiff will file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

Date: July 23, 2013

s/ Robert Amador
_____
Robert Amador, Esq.
Attorney for Plaintiff CHRISTOPHER EWING
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com

1

## CERTIFICATE OF SERVICE

We certify that on this date, July 23, 2013, we mailed a copy of the foregoing

NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

Accounts Receivable Management, Inc.
155 Mid Atlantic Parkway
Thorofare, NJ 08086

        s/ Robert Amador
        _____
        Robert Amador, Esq.
        Attorney for Plaintiff  CHRISTOPHER EWING
        Centennial Law Offices
        9452 Telephone Rd. 156
        Ventura, CA. 93004
        (888)308-1119 ext. 11
        (888)535-8267 fax
        R.Amador@centenniallawoffices.com

2