UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHRISTOPHER EWING,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.; and
DOE 1-5,

    Defendants.

Civil Action No. 3:13-cv-00367

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

Date: August 27, 2013

s/ Robert Amador

Robert Amador, Esq.
Attorney for Plaintiff CHRISTOPHER EWING
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com

1

## CERTIFICATE OF SERVICE

We certify that on this date, August 27, 2013, we mailed a copy of the foregoing

NOTICE OF DISMISSAL, First Class U.S. Mail, to the following party:

Accounts Receivable Management, Inc.
155 Mid Atlantic Parkway
Thorofare, NJ 08086

                                        s/ Robert Amador
                                _____
                                Robert Amador, Esq.
                                Attorney for Plaintiff  CHRISTOPHER EWING
                                Centennial Law Offices
                                9452 Telephone Rd. 156
                                Ventura, CA. 93004
                                (888)308-1119 ext. 11
                                (888)535-8267 fax
                                R.Amador@centenniallawoffices.com